


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 19, 2009

**BY FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/09

      Re: *United States v. Jason Arzberger,*
          08 Cr. 894 (AKH)

Dear Judge Hellerstein:

      The Government seeks an extension of the time by which it must file its appeal of Magistrate Judge Francis's decision regarding the constitutionality of the bail requirements of the Adam Walsh Act. See 18 U.S.C. § 3145(a)(1) (providing that "an attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order [to release the defendant] or amendment of the conditions of release"). The current deadline is March 20, 2009, and this is our second request for an extension. As we are still continuing to discuss this matter with the Solicitor General's Office, the Government seeks an extension until April 20, 2009. The defendant, through his counsel, consents to our request for an extension, on the condition that an equivalent extension is granted for the defendant's response, and consents to the additional exclusion of time under the Speedy Trial Act required by the extension.

So ordered
3-19-09
[signature]

Hon. Alvin K. Hellerstein
March 19, 2009
Page 2 of 2

If this extension is granted, and the parties are permitted the same amount of time to respond and reply as Your Honor granted at our January 30, 2009, pretrial conference, the defendant's response will be due May 10, 2009, the Government's reply will be due May 25, 2009, and oral argument will be scheduled for June 1, 2009, at 11:00 a.m.

Respectfully submitted,

LEV L. DASSIN
Acting United States Attorney
Southern District of New York

By: _____
Amie N. Ely
Assistant United States Attorney
Tele.: (212) 637-2214
Fax: (212) 637-2390

SO ORDERED: _____

cc: Leonard Joy, Esq., and Darrell Fields, Esq. (By Facsimile)